STATE OF NORTH CAROLINA v. ARTHUR ADCOCK

No. 7528SC30

(Filed 2 April 1975)

APPEAL by defendant from *Martin (Harry C.), Judge.* Judgment entered 4 November 1974 in Superior Court, BUNCOMBE County. Heard in the Court of Appeals 13 March 1975.

*Attorney General Edmisten by Assistant Attorney General Myron C. Banks for the State.*

*Robert L. Harrell, Assistant Public Defender, for defendant appellant.*

PARKER, HEDRICK, and CLARK, Judges.

No error.